## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| | ) | |
| SCHOLLE CORPORATION, | ) | |
| | ) | Civil Action No. 09-cv-1442 |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| RAPAK LLC, | ) | |
| | ) | |
| DEFENDANT | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action, and all claims against Defendant Rapak LLC and counterclaims against Scholle Corporation therein, hereby are dismissed WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(c).  Each Party shall bear its own costs, expenses, and attorneys' fees related to this action.

Respectfully Submitted on August 30, 2010, by:

**RAPAK, LLC**

By: /s/ Kathleen A. Lyons
Keith V. Rockey
Kathleen Ann Lyons
ROCKEY, DEPKE & LYONS LLC
233 S. Wacker Drive
Willis Tower, Suite 5450
Chicago, Illinois  60606
Ph: 312-277-2006

**SCHOLLE CORPORATION**

By:  /s/ Steven McMahon Zeller
Allan J. Sternstein
Steven McMahon Zeller
Timothy K. Sendek
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Ph: 312.876.1700
Fax: 312.627.2302

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Stipulation of Dismissal**

**with Prejudice** was served via the Case Management/Electronic Case Filing System

("CM/ECF") of the United States District Court for the Northern District of Illinois, on August

30, 2010, on the following counsel of record:

Keith V. Rockey
    email: krockey@rdlklaw.com
Kathleen Ann Lyons
    email: klyons@rdlklaw.com
ROCKEY, DEPKE & LYONS LLC
233 S. Wacker Drive
Willis Tower, Suite 5450
Chicago, IL  60606

/s/ Steven McMahon Zeller
One of the Attorneys for Scholle Corporation